UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 96CR0459-W |
|---|---|
| Plaintiff, | ) **ORDER AND JUDGMENT** |
| v. | ) **OF DISMISSAL** |
| KENNY LEE, | ) |
| Defendant. | ) |

This matter comes before the Court on the United States' motion to dismiss the indictment.

IT IS HEREBY ORDERED that the indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

DATED: 1/25/23

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE